1  TEAGUE PATERSON, SBN 226659
2  BEESON, TAYER & BODINE, APC
   1404 Franklin Street, Fifth Floor
3  Oakland, CA  94612
4  Telephone:  510/625-9700
   Facsimile:  510/625-8275
5

6  Attorneys for Defendants the TRUSTEES OF THE
7  AFTRA HEALTH & RETIREMENT FUNDS

8  WILLIAM THOMPSON
9  Plaintiff in *Pro Per*
   622 E. Holly Street, #5
10 El Segundo, California 90245

11

12              UNITED STATES DISTRICT COURT

13         FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                   WESTERN DIVISION

15

16

| | |
|---|---|
| 17  WILLIAM LAURENCE THOMPSON aka BILL DUDLEY, | Case No. CV07-06817 MMM (JCx) [Removed Case No. LAM 07MO9957] |
| 18 | |
| 19         Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| 20  v. | |
| 21 | |
| 22  AFTRA HEALTH & MEDICAL FUNDS, | |
| 23         Defendants. | |

24

25      WHEREAS an action was commenced by Plaintiff William Thompson in Small

26 Claims Court in Superior Court for the County of Los Angeles, assigned case no. LAM

27 07MO9957; and WHEREAS such complaint set forth a claim for medical expenses in

28 the amount of $25,000 allegedly due and owing under the AFTRA Health and

Retirement Plan, in which Plaintiff is a participant;

1    And WHEREAS such claim had been denied by Defendants the Board of

2  Trustees of the AFTRA Health and Retirement Funds;

3    And Whereas such action was removed to this Federal Court on the grounds that

4  it was preempted under 29 U.S.C. §§ 1132 and 1441 as a claim for ERISA benefits

5  against an ERISA-governed employee benefit plan, and thereafter assigned Case No.

6  CV07-06817 MMM (JCx) by this Court;

7    And WHEREAS the Parties have now reached a settlement of such claims,

8

9    IT IS HEREBY STIPULATED by and between the parties that the above-

10  captioned actions are hereby dismissed with prejudice pursuant to FRCP 41(a)(1), and

11  that the parties shall bear their own costs and fees.

12

13  Dated: January 15, 2008              Respectfully Submitted,

14

15                                      By: _____

16                                      TEAGUE P. PATERSON
                                        BEESON, TAYER & BODINE, APC
17                                      Attorneys for Defendants the Trustees of
18                                       the AFTRA Health and Retirement Funds

19

20  Dated: January 18, 2008             By: _____

21                                      WILLIAM THOMPSON
                                        Plaintiff in *Pro Per*
22

23  **IT IS SO ORDERED:**

24

25  Dated January 30, 2008              _Margaret M. Morrow_

26                                      HONORABLE MARGARET M. MORROW
                                        JUDGE, U.S. DISTRICT COURT
27                                      CENTRAL DISTRICT OF CALIFORNIA

28